(No. 83-CC-0297-

JOSEPH J. EVANS, Claimant, *v.* THE STATE OF ILLINOIS, Respondent.

*Order filed March 17, 1983.*

JOSEPH J. EVANS, *pro se*, for Claimant.

NEIL F. HARTIGAN, Attorney General (LYNN W. SCHOCK, Assistant Attorney General, of counsel), for Respondent.

POCH, J.

This cause coming before the Court by joint stipulation of the parties, the Court finds that the Respondent is liable to the Claimant for the sum of $245.65.

It is therefore ordered, adjudged and decreed that an award be made to Claimant of $245.65 and that the stipulation of the parties be incorporated into this order.